CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 25 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Judge James C. Turk or Presiding Judge

I, Vernice Cortez Robinson am writing this letter Relating to a sentence on 12/19/2008 case # 7:07-CR-84. I am currently incarcerated at Bland Farm Correctional Center in Bland VA. I am serving a state sentence, in 2008 I Received a Federal Sentence in your court which was a 14 year sentence. The 14 year sentence was ran concurrent with my state time.

It's has come to my attention that a change in drug guiedlines namely a 2 point Reduction under U.S.C. 3582(C) may constitute a Reduction in my Federal Sentence. As I ~~belive belive~~ believe this to be the case I am writing this letter to Represent myself "Pro Se" in this matter. I wish to file a motion for Sentence Reduction based the Reformed drug laws and/or a motion for Court appointed Counsel to Represent me in the previously stated matter.

Thanks you and the Court's for your Time and Consideration

Vernice C. Robinson

RECEIVED
APR 25 2016
USDC Clerk's Office
Mail Room

Vernice Robinson 1139448
Bland Correctional Center.
256 Bland Farm Road
Bland, VA 24315

Julia C Dudley - Clerk
210 Franklin Rd S.W.
Roanoke, VA 24011.


RECEIVED
APR 21 2016
BLAND CORRECTIONAL CENTER

2401182209 C008

THE VDOC HAS NEITHER CENSORED NOR
INSPECTED THIS ITEM
THEREFORE THE DEPARTMENT DOES NOT
ASSUME RESPONSIBILITY
FOR ITS CONTENT



U.S. POSTAGE
ZIP 24315
02 1W
0001389491

RECEIVED
APR 25 2016
USDC Clerk's Office
Mail Room